## Seaman *against* Haskins.

*After rule for judgment on a demurrer, it is too late to apply, at the next
term, for leave to withdraw it.*

THERE was a demurrer to the plea, in this cause, which
the court, at the last term, decided was not well taken.

*Colden,* for the plaintiff, now moved for leave to withdraw the *demurrer,* and reply to the plea. (1 Sellon, 379. Sayer, 316.) No judgment has been entered up.

*Riker,* contra.

*Per Curiam.* After the court have given judgment, and ordered it to be entered, and a term has elapsed, the party comes too late to ask for leave to withdraw his *demurrer.* He should have applied at the last term, before the rule for judgment was entered.

Motion denied.(*a*)

(*a*) See *Andrews* v. *Beecher, supra,* vol. 1, p. 411. *Hildreth* v. *Harvey, infra,* vol. 3, p. 301. *Furman* v. *Haskins,* 2 Caines, 369. *Currie* v. *Henry,* 3 Johns. R. 140. *Miller* v. *Heath,* 7 Cowen, 101. *Boltons* v. *Lawrence,* 7 Wend. 461. *Patrick* v. *Conrad,* 3 A. K. Marsh, 612. *Surlott* v. *Pratt,* id. 174. *Ralston* v. *Bullits,* 3 Bibb, 261. *Violett* v. *Dale,* 1 id. 141. *Hancock* v. *Vawter,* Hardin, 310.